# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREST GUARDIANS and BIODIVERSITY CONSERVATION ALLIANCE,<br><br>        Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, and H. DALE HALL, Director of the U.S. Fish and Wildlife Service,<br><br>        Defendants. | Civil No. 06-CV-2560-L(LSP)<br><br>**ORDER GRANTING MOTIONS TO INTERVENE [doc. #5, 9]** |

      The State of Wyoming and Anadarko Petroleum Corporation filed motions to intervene in the above-captioned case [doc. #9, 5]. In response to the motions, plaintiffs filed a notice of non-opposition to those motions [doc. #20]. Good cause appearing, **IT IS ORDERED** granting the State of Wyoming's motion to intervene [doc. #9]. **IT IS FURTHER ORDERED** granting Anadarko Petroleum Corporation's motion to intervene [doc. #5].

      **IT IS SO ORDERED.**

DATED: April 5, 2007

                                              M. James Lorenz<br>
                                              United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL