1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | FOREST GUARDIANS and BIODIVERSITY CONSERVATION ALLIANCE, | ) ) ) ) |
| | Plaintiffs, | ) ) |
| | v. | ) ) |
| | DIRK KEMPTHORNE, Secretary of the Interior, and H. DALE HALL, Director of the U.S. Fish and Wildlife Service, | ) ) ) ) |
| | Defendants, | ) ) |
| | ANDARKO PETROLEUM CORPORATION, STATE OF WYOMING, and PETROLEUM ASSOCIATION OF WYOMING, | ) ) ) ) ) |
| | Defendant-Intervenors. | ) ) |

Civil No.06CV2560-L(LSP)

CASE MANAGEMENT ORDER

A Scheduling Conference was held on May 11, 2008. After consulting with the attorneys of record and being advised of the status of the case, the Court directed the parties to submit a proposed case management schedule. The Court has received and reviewed the parties' proposed schedules and arguments in support thereof.

1.      The Intervenors have agreed to file any motions to transfer venue by June 8, 2007. Said motions have been filed and are currently set for hearing on July 23, 2007.

1

2.       The parties do not believe discovery is presently appropriate in this case.  They agree this action is governed by the Administrative Procedure Act ("APA"), which provides that judicial review of the Federal Defendants' decision not to list the mountain plover as endangered is confined to the administrative record, which is currently in the Federal Defendants' possession and control.  The administrative record shall be filed by <u>August 1, 2007.</u>  Any party that objects to the contents of the administrative record shall notify Federal Defendants of their objections within 30 days of filing of the record.  Federal Defendants will respond to any objections within 15 days thereafter.  If the parties are unable to come to any agreement, any motions relating to the contents of the record must be filed within 60 days of the filing of the record.  Counsel shall meet and confer by telephone or in person prior to filing any motions relating to the contents of the administrative record.  Under no circumstances may the parties satisfy the meet and confer requirement solely through the exchange of written communication.

3.       The parties agree the case should be resolved through dispositive briefing and have proposed the following time line, which the Court hereby adopts:

If no motions are filed with respect to the contents of the administrative record, Plaintiffs will file a Motion for Summary Judgment within 90 days of the filing of the administrative record.  If any motions are filed with respect to the contents of the record, Plaintiffs will file a Motion for Summary Judgment within 30 days of the Court's resolution of the record issues.

Any Cross Motions and Responses to Plaintiffs' Motion for Summary Judgment shall be filed within 30 days of the filing of Plaintiffs' motion.

Plaintiffs will file any Response(s) to Cross Motions and a Reply brief in support of their motion within 30 days of the filing of the Cross Motions and Responses.

Reply briefs in support of Cross Motions shall be filed within 30 days of the filing of Plaintiffs' Response(s).

IT IS SO ORDERED:

DATED:  June 12, 2007

_____
Hon. Leo S. Papas
U.S. Magistrate Judge