# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREST GUARDIANS and BIODIVERSITY CONSERVATION ALLIANCE,<br><br>  Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, and H. DALE HALL, Director of the U.S. Fish and Wildlife Service,<br><br>  Defendants. | Civil No. 06-CV-2560-L(LSP)<br><br>**ORDER RE: ORAL ARGUMENT** |

Anadarko Petroleum Corporation's motion to transfer venue in the above-captioned case [doc. #33] is set for hearing on July 23, 2007. The Court finds this matter suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.

**IT IS SO ORDERED.**

DATED: July 11, 2007

_M. James Lorenz_
M. James Lorenz
United States District Court Judge

06cv2560

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL